**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL JOSEPH GEIGER,            )
                                  )
        Petitioner,                )          3:09-cv-00449-LRH-VPC
                                  )
vs.                               )
                                  )          **ORDER**
MIKE HALEY,                       )
                                  )
        Respondent.                )
_____/

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 26, 2009, this court entered an order granting petitioner's motion to proceed *in forma pauperis* and ordering petitioner to file an amended petition on the form provided by this court within thirty (30) days. (Docket #3.) Petitioner was expressly warned that his failure to timely file an amended petition on the approved form provided by this court might result in dismissal of this action.

Petitioner did not file the required amended petition nor otherwise respond to the court's order of August 26, 2009. Accordingly, on April 20, 2010, this court issued an order requiring petitioner to show cause within thirty (30) days why this petition for writ of habeas corpus should not be dismissed. (Docket #5.) Petitioner was expressly warned that his failure to show cause would result in the dismissal of this action. Petitioner has not responded to the court's order of April 20, 2010.

1  **IT IS HEREBY ORDERED** that this petition for writ of habeas corpus is **DISMISSED** for
2  failure to obey a court order.   The clerk is direct to enter judgment accordingly.

4  DATED this 17th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE