AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MICHAEL JOSEPH GEIGER,

    Petitioner,                JUDGMENT IN A CIVIL CASE
V.

                                      CASE NUMBER: **3:09-CV-00449-LRH-VPC**

MIKE HALEY,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this petition for writ of habeas corpus is DISMISSED for failure to obey a court order.


  09/20/2010                                                                **LANCE S. WILSON**
                                                                                                       Clerk

                                                                                              /s/ P. McDonald
                                                                                              Deputy Clerk